

**ORDERED in the Southern District of Florida on March 2, 2020.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                              Case No. **19-26391-LMI**
Nicolas Villalobos                                                      Chapter **7**

Debtor.
_____/

### ORDER GRANTING SPACE COAST CREDIT UNION'S MOTION FOR RELIEF FROM STAY

**THIS CAUSE** came before the Court on Space Coast Credit Union's ("Space Coast") Motion for Relief from Stay (the "Motion") [D.E. 22], and Space Coast by submitting this form of order having represented that the motion was served on all parties required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion, and that [either] the form of order was attached as an exhibit to the motion [or] the relief to be granted in this order is the identical relief requested in the motion. Based thereon it is

**ORDERED** that:

1. Space Coast's Motion is **GRANTED**.

2. Accordingly, the automatic stay is modified to permit Space Coast to exercise all in rem rights and remedies, including, without limitation, including, without limitation, taking possession of and auctioning its collateral, more fully described as: the 1990 Pursuit 2350 WA VIN# SSUB3154A090 (the "Boat").

3. The relief granted herein permits Space Coast to seek and obtain an *in rem* action against the Property only, and does not permit Space Coast to seek or obtain *in personam* relief against the Debtor.

4. The relief granted herein shall be binding and effective despite any conversion of this case to another chapter under the Bankruptcy Code.

5. The fourteen (14) day stay period pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived.

6. The Court retains jurisdiction to enforce and implement the terms and provisions of this Order, and enter further orders as are proper.

#    #    #

Submitted by:

Isabel V. Colleran, Esq.
BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.
*Attorneys for Space Coast Credit Union*
25 Southeast Second Avenue, Suite 730
Miami, FL  33131
Isabel.colleran@blaxgray.com
*Attorney Isabel V. Colleran shall serve a copy of this Order on all interested parties and shall file a Certificate of Service.*