UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No. 19-26391-LMI
    NICOLAS VILLALOBOS  Chapter 7

    Debtor(s).
_____/

**RESPONSE TO TRUSTEE'S OBJECTION TO
CLAIM NO. 4-1 FILED BY SPACE COAST CREDIT UNION**

Creditor, SPACE COAST CREDIT UNION ("Space Coast"), by and through undersigned counsel, hereby files its Response to Trustee's Objection to Claim No. 4-1 of Space Coast Credit Union [D.E. 31], and states as follows:

1. On December 6, 2019 ("Petition Date"), the Debtor, NICOLAS VILLALOBOS, filed a voluntary petition for relief under Chapter 7, Title 11 of the United States Bankruptcy Code.

2. Space Coast holds a Note and Loan Documents on Debtor's personal property, 1990 Pursuit (the "Property").

3. On April 28, 2020, Space Coast timely filed a Proof of Claim in the total amount for the deficiency balance [Claim No. 4-1].

4. On June 23, 2020, in response to Trustee's objection, Space Coast filed an amended Proof of Claim in the total amount for the deficiency balance after sale [Claim No. 4-2].

5. Proof of the deficiency balance after sale has been filed as an exhibit to the Amended Proof of Claim 4-2.

6. Space Coast's Proof of Claim was executed and filed in accordance with the Federal Rules of Bankruptcy Procedure and therefore constitutes *prima facie* evidence of the validity and amount of the claim in accordance with Fed.R.Bankr.P. 3001(f).

7. Accordingly, Space Coast objects to the Trustee's attempt to improperly strike Space Coast's claim and respectfully requests the Court overrule the Trustee's Objection.

8. Space Coast has retained the legal services of Blaxberg, Grayson, Kukoff & Forteza, P.A., and is indebted to said attorneys to pay them a reasonable attorneys' fee.

**WHEREFORE**, for the reasons stated herein, Space Coast Credit Union respectfully requests the Court overrule the Trustee's Objection, allow Space Coast's unsecured claim in the total amount of $8,399.44 [Amended Claim No. 4-2], and grant such other and further relief as the Court deems just and proper.

Dated:  July 1, 2020

**BLAXBERG, GRAYSON, KUKOFF & FORTEZA P.A.**
*Attorneys for Space Coast Credit Union*
25 SE Second Avenue, Suite 730
Miami, Florida  33131
Phone: (305) 381-7979 x 333
Fax:    (305) 371-6816
Isabel.colleran@blaxgray.com

By: /s/ *Isabel V Colleran*
    Isabel V Colleran, Esq.
    Fla. Bar No. 450472

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2020, a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and by U.S. Mail to the following:

| | |
|---|---|
| Nicolas Villalobos<br>*Debtor*<br>650 E 16th Place<br>Hialeah, FL 33010-3235 | Robert Sanchez, Esq.<br>*Counsel of Debtor*<br>355 W 49 St.<br>Hialeah, FL 33012<br>Email: court@bankruptcyclinic.com |
| Robert A. Angueira<br>*Trustee*<br>16 SW 1st Avenue<br>Miami, FL 33130<br>trustee@rabankruptcy.com | Office of the US Trustee<br>*U.S. Trustee*<br>51 S.W. 1st Ave., Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov |

By:    /s/ Isabel V Colleran
       Isabel V Colleran, Esq.
       Fla. Bar No. 450472